**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SAMPSON, | Civil Action No. 14-6733 (ES) |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| BERGEN COUNTY PROSECUTOR'S OFFICE, et al., | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

This matter has come before the Court upon Plaintiff Michael Sampson's filing of a civil action pursuant to 42 U.S.C. § 1983. It appearing that:

1. On October 27, 2014, the Court received a complaint from Plaintiff. (D.E. No. 1).

2. The complaint filed in the instant case is essentially identical to the complaint filed in *Sampson v. Bergen County Prosecutor's Office*, Civil Action No. 14-5983 (ES).

3. It appears that the instant complaint was inadvertently filed in a new case, rather than as an amended complaint in Civil Action No. 14-5983.

THEREFORE,

IT IS on this 10th day of November 2014,

ORDERED that the Clerk of the Court shall file the instant complaint, (D.E. No. 1), as an amended complaint in *Sampson v. Bergen County Prosecutor's Office*, Civil Action No. 14-5983 (ES); and it is further

ORDERED that the Clerk of the Court shall mark this case CLOSED.

                                                                     **Esther Salas, U.S.D.J.**